IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, as Broadcast Licensee of the December 19, 2020 Saul Alvarez v. Callum Smith Championship Fight Program, <br><br> Plaintiff, <br><br> v. <br><br> 1) JD RESTAURANTS, LLC, individually, and d/b/a EL PASO WING HOUSE and <br> 2) JUAN ANTONIO LOPEZ, individually, and d/b/a EL PASO WING HOUSE, <br><br> Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 3:23-cv-00373-KC |

## **PLAINTIFF'S MOTION FOR ENTRY OF AGREED JUDGMENT**

Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") announces to the Court that Plaintiff has settled its claims with Defendants (1) JD Restaurants, LLC, individually, and d/b/a El Paso Wing House; and (2) Juan Antonio Lopez, individually, and d/b/a El Paso Wing House ("Defendants"). As part of the parties' settlement, Plaintiff and Defendants request entry of the attached *Agreed Judgment*. Therefore, Plaintiff requests that the Court sign and cause to be entered the *Agreed Judgment* submitted to the Court and executed by the parties.

        Respectfully submitted,

By: _____
     David M. Diaz
     State Bar No. 24012528
     ddiaz@jonesdavis.com

JONES, DAVIS & JACKSON, PC
15110 N. Dallas Parkway, Suite 300
Dallas, Texas 75248
(972) 733-3117 – Telephone

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b), I certify that a copy of this instrument was served on February 27, 2024, as follows:

| | |
|---|---|
| Juan Antonio Lopez<br>2028 Pueblo Nuevo Circle<br>El Paso, TX 79936 | VIA EMAIL<br>juanlopez@elpasowinghouse.com |
| DEFENDANT | |
| Paul F. Grajeda<br>416 N. Stanton Street, Suite 601<br>El Paso, Texas 79901 | VIA ECF |
| ATTORNEY FOR DEFENDANT<br>JD RESTAURANTS, LLC | |

By: _____
     David M. Diaz