IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, §<br>as Broadcast Licensee of the December 19, 2020 §<br>Saul Alvarez v. Callum Smith Championship Fight §<br>Program, §<br>   §<br>   Plaintiff, §<br>   §<br>v. §<br>   §<br>1) JD RESTAURANTS, LLC, individually, and §<br>d/b/a EL PASO WING HOUSE and §<br>2) JUAN ANTONIO LOPEZ, individually, and §<br>d/b/a EL PASO WING HOUSE, §<br>   §<br>   Defendants. § | Civil Action No. 3:23-cv-00373-KC |

## AGREED JUDGMENT

Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff") and Defendants (1) JD Restaurants, LLC, individually, and d/b/a El Paso Wing House; and (2) Juan Antonio Lopez, individually, and d/b/a El Paso Wing House (collectively "Defendants") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendants.

IT IS, THEREFORE, ORDERED that Plaintiff recover from Defendants, joint and severally:

- Damages in the amount of $12,000.00;

- Court costs; and

- Interest on all sums awarded herein at the rate of five percent (5%) from the date of entry of this *Agreed Judgment*.

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

SIGNED this 2nd day of March, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

AGREED:

By: __/s/  David M. Diaz_____
    David M. Diaz
    State Bar No. 24012528
    ddiaz@jonesdavis.com

JONES, DAVIS & JACKSON, P.C.
15110 N. Dallas Parkway, Suite 300
Dallas, Texas 75248
Telephone number: (972) 733-3117

ATTORNEY FOR PLAINTIFF

By: __/s/  Paul F. Grajeda_____
    Paul F. Grajeda
    State Bar No. 00796661
    paulgrajeda@mac.com

416 N. Stanton Street, Suite 601
El Paso, Texas 79901
(915) 534-7285 telephone
(915) 534-7287 facsimile

ATTORNEY FOR DEFENDANT
JD RESTAURANTS, LLC

By: __/s/  Juan Antonio Lopez_____
    Juan Antonio Lopez
    juanlopez@elpasowinghouse.com
    2028 Pueblo Nuevo Circle
    El Paso, TX 79936
    (915) 258-7477

DEFENDANT